UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED

AUG 30 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY: DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN P. GRAY,<br><br>Defendant. | Case No. 2:17-po-474-CKD;<br>2:17-po-475-CKD;<br>2:18-po-173-CKD<br>2:18-po-174-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _____ JOHN P. GRAY ,

Case No. 2:17-po-474-CKD; 2:17-po-475-CKD; 2:18-po-173-CKD and 2:18-po-174-CKD Charge 38 CFR 1.218(b)(16); 38 CFR 1.218(b)(11) , from custody for the following reasons:

    **X**     Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): Defendant to be release from Marshal's to

    **X**     Federal Defender's at 9:00 a.m. on September 4, 2018 ~~for transportation to a motel facility.~~

Issued at Sacramento, California on August 30X, 2018 at 10:00 am

By: _____

Magistrate Judge Carolyn K. Delaney