McGREGOR W. SCOTT
United States Attorney
ERIC J. CHANG
Special Assistant U.S. Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:17-po-00475-CKD |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) PRETRIAL CONFERENCE AND COURT |
| v. | ) TRIAL |
| JOHN P. GRAY, | ) DATE: October 31, 2018 ) TIME: 9:30 a.m. |
| Defendant. | ) JUDGE: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Court scheduled a pretrial conference on October 31, 2018, and a court trial on November 14, 2018.

2. By this stipulation, the parties now jointly move to continue the pretrial conference to December 13, 2018, at 9:30 a.m. and the court trial to January 28, 2019, at 9:00 a.m.

IT IS SO STIPULATED.

///

///

///

| | |
|---|---|
| Dated: October 18, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | |
| | */s/ Christopher S. Hales*<br>CHRISTOPHER S. HALES<br>Assistant U.S. Attorney |
| | |
| Dated: October 18, 2018 | */s/ Linda C. Allison*<br>LINDA C. ALLISON<br>Counsel for Defendant<br>John P. Gray |
| | *Approved via email 10/18/2018* |

## ORDER

It is hereby ordered that the pretrial conference is continued to December 13, 2018, at 9:30 a.m. and the court trial is continued to January 28, 2019, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 22, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE